1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON,
                                            NO. Civ.S-07-343 LKK/GGH
12            Plaintiff,

13       v.                                 **ORDER RE DISPOSAL
                                            DOCUMENTS AFTER**
14  DAVID M. SPECTOR, DDS,                  **NOTIFICATION OF SETTLEMENT**
    INC., et al,
15
              Defendants.
16  _____/

17       Counsel for plaintiff has filed a Notice of Settlement in the
18  above-captioned case.  The court now orders that the dispositional
19  documents disposing of the case be filed no later than twenty (20)
20  days from the effective date of this order.
21       All hearing dates heretofore set in this matter are hereby
22  **VACATED.**
23  ////
24  ////
25  ////
26  ////

                                    1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

IT IS SO ORDERED.

DATED: March 23, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2